LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Defendant
ALEKSANDR MIKHAYLOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                      Plaintiff,            )<br>                                                          )<br>            v.                                          )<br>                                                          )<br>ALEKSANDR LASTOVSKIY, et al., )<br>                                                          )<br>                      Defendants.       )<br>_____) | Case No. 2:12-CR-0322 MCE<br><br>WAIVER OF DEFENDANT<br>ALEKSANDR MIKHAYLOV'S<br>PERSONAL PRESENCE |

　　　　Defendant, Aleksandr Mikhaylov, hereby waives the right to be in person in open court upon the hearing of any motion or when any other action is taken by the Court before or after trial, except upon arraignment, plea, jury trial, and imposition of sentence.  Defendant Mikhaylov hereby requests the Court to proceed during every absence of the defendant which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by the presence of defendant's attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in defendant's absence.

　　　　Defendant Mikhaylov further acknowledges that defendant has been informed of defendant's rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and authorizes defendant's attorney to set times and delays under that Act without defendant being present.

| | | |
|---|---|---|
| 1 | DATED: October 18, 2012 | I consent to the above waiver of presence. |
| 2 | | /s/ Aleksandr Mikhaylov |
| 3 | | ALEKSANDR MIKHAYLOV<br>Defendant |

DATED: October 18, 2012    I agree to the above waiver of presence.

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Aleksandr Mikhaylov

**ORDER**

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE