BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0322 MCE |
|---|---|
| Plaintiff, | MOTION FOR DISMISSAL OF INDICTMENT WITHOUT PREJUDICE AND ORDER |
| v. | |
| ALEKSANDR MIKHAYLOV, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Eastern District of California hereby moves the Court, in the interest of justice for an Order dismissing without prejudice the Indictment in the above-entitled matter as to the above-captioned defendant, Aleksandr Mikhaylov only.

Counsel for the defendant, Scott Tedmon, has been informed of this motion and has no objection to the Court entering a dismissal without prejudice as to Aleksandr Mikhaylov.

Dated: June 2, 2015                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ HEIKO P. COPPOLA
                                       HEIKO P. COPPOLA
                                       Assistant United States Attorney

**ORDER**

For the reasons stated above, IT IS HEREBY ORDERED that the Indictment in the above-entitled matter, Eastern District of California case number 2:12-CR-0322 MCE is DISMISSED without prejudice as to Aleksandr Mikhaylov only.

IT IS SO ORDERED.

Dated: June 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT