LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
ALEKSANDR MIKHAYLOV

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00322-MCE |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: EXONERATION OF UNSECURED BAIL; RETURN OF U.S. PASSPORT** |
| ALEKSANDR MIKHAYLOV, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Heiko P. Coppola, and defendant Aleksandr Mikhaylov, by and through counsel Scott L. Tedmon, hereby agree and stipulate to the exoneration of the unsecured bail for defendant Aleksandr Mikhaylov.  The parties further agree and stipulate that defendant Aleksandr Mikhaylov's U.S. Passport be returned to his attorney of record, Scott L. Tedmon   The basis for this stipulation is as follows:

1. On October 18, 2012, defendant Aleksandr Mikhaylov was ordered released on unsecured bail in the amount of $100,000.

2. On October 18, 2012, as a condition of release defendant Aleksandr Mikhaylov relinquished his U.S. Passport to the Clerk of the Court.

3. On June 3, 2015, United States District Judge Morrison C. England, Jr. issued an order dismissing the Indictment without prejudice as to defendant Aleksandr Mikhaylov.

4. Defendant Aleksandr Mikhaylov's case has now concluded and there is no longer a need for the unsecured bail previously posted to remain in effect.

5. Defendant Aleksandr Mikhaylov's case has now concluded and there is no longer a need for the Office of the Clerk for the United States District Court, Eastern District of California to retain possession of his U.S. Passport.  As such, defendant Aleksandr Mikhaylov's U.S. Passport should be returned to defendant Aleksandr Mikhaylov's counsel of record, Scott L. Tedmon.

Based on the foregoing, the undersigned parties agree and stipulate the heretofore posted unsecured bail on behalf of defendant Aleksandr Mikhaylov be exonerated.  The parties further agree and stipulate defendant Aleksandr Mikhaylov's U.S. Passport be returned by the Clerk's Office for the United States District Court, Eastern District of California to defendant Aleksandr Mikhaylov's counsel of record, Scott L. Tedmon

**IT IS SO STIPULATED**.

DATED:  June 16, 2015          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Heiko P. Coppola
                                HEIKO P. COPPOLA
                                Assistant United States Attorney

| | |
|---|---|
| DATED:  June 16, 2015 | LAW OFFICES OF SCOTT L. TEDMON |
| | /s/ Scott L. Tedmon |
| | SCOTT L. TEDMON |
| | Attorney for Defendant Aleksandr Mikhaylov |

### ORDER

**GOOD CAUSED APPEARING** and based on the foregoing stipulation, it is hereby ordered the unsecured bail posted on behalf of defendant Aleksandr Mikhaylov is hereby exonerated.

It is hereby ordered that defendant Aleksandr Mikhaylov's U.S. Passport be returned by the Clerk's Office for the United States District Court, Eastern District of California to defendant Aleksandr Mikhaylov's counsel of record, Scott L. Tedmon.

**IT IS SO ORDERED.**

Dated:  June 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT